AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

FRANCES K. GRACE,

          Plaintiff,

V.

CBS COMBINED PENSION PLAN and RETIREMENT COMMITTEE OF CBS CORPORATION, as Plan Administrator,

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV. 6522**

**JUDGE JONES**

TO: (Name and address of Defendant)

CBS COMBINED PENSION PLAN
51 West 52nd Street
New York, New York 10019

RETIREMENT COMMITTEE OF CBS
CORPORATION, as Plan Administrator
51 West 52nd Street
New York, New York 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    William D. Frumkin, Esq.
    Sapir & Frumkin LLP
    399 Knollwood Road, Suite 310
    White Plains, New York 10603

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK                                         DATE: JUL 19 2007

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANCES K. GRACE,                                              JUDGE JONES
       Plaintiff(s),                                     Index No. 07 CIV. 6522

   -against-                                                 AFFIDAVIT OF SERVICE

CBS COMBINED PENSION PLAN and RETIREMENT
COMMITTEE OF CBS CORPORATION,
as Plan Administrator,
       Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK  )
                   S.S.:
COUNTY OF NEW YORK)

       HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 26th day of September 2007, at approximately 2:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, JUDGES' RULES AND ELECTRONIC FILING INSTRUCTIONS** upon CBS Combined Pension Plan at 31 West 52nd Street, New York, NY 10019, by personally delivering and leaving the same with Helen D'Antona, Manager, Litigation Support Services, who informed deponent that she is an agent authorized by appointment to receive service at that address.

       Helen D'Antona is a white female, approximately 50 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 120 pounds with blonde hair and light eyes.

*[signature]*
HECTOR FIGUEROA #870141

Sworn to before me this
28th day of September, 2007

*[signature]*
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010