UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
FRANCES K. GRACE,                      :   Civil Action No. 07-6522
                                       :   (BSJ/MHD)
                 Plaintiff,            :
                                       :
        -against-                      :   STIPULATION AND ORDER
                                       :
CBS COMBINED PENSION PLAN and RETIREMENT :
COMMITTEE OF CBS CORPORATION, as Plan  :
Administrator,                         :
                                       :
                 Defendants.           :
                                       :
---------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, that the time within which Defendants CBS Combined Pension Plan and the Retirement Committee of CBS Corporation, as Plan Administrator, may answer or otherwise respond to the Complaint is extended to and including November 30, 2007.

Dated: October 10, 2007
       New York, New York

PROSKAUER ROSE LLP

By: _____
    Myron D. Rumeld (MR-3914)
    Russell L. Hirschhorn (RH-3394)

1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendants

Dated: October 10, 2007
       New York, New York

SAPIR & FRUMKIN LLP

By: _____
    William D. Frumkin (WF-2173)
    Daniel Driesen (DD-3201)

399 Knollwood Road
White Plains, New York 10603
(914) 328-0366
Attorneys for Plaintiff

So Ordered:

_____
United States District Judge
10/12/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

** TOTAL PAGE.02 **