AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

FRANCIS K. GRACE,
    Plaintiff,

  - against -

CBS COMBINED PENSION PLAN and
RETIREMENT COMMITTEE OF CBS
CORPORATION, as Plan Administrator,

    Defendants.

**APPEARANCE**

Case Number: No. 07 Civ. 6522 (BSJ/MSD)

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 Defendants CBS Combined Pension Plan and Retirement Committee of CBS Corporation, as Plan Adminsitrator

 I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/7/2007 | *(signature)* |
| Date | Signature |
| | Russell L. Hirschhorn   RH-3394 |
| | Print Name   Bar Number |
| | 1585 Broadway |
| | Address |
| | New York   NY   10036 |
| | City   State   Zip Code |
| | (212) 969-3286   (212) 969-2900 |
| | Phone Number   Fax Number |