William D. Frumkin
Daniel D. Driesen
SAPIR & FRUMKIN LLP
399 Knollwood Road
White Plains, New York 10603
(914) 328-0366
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANCES K. GRACE,

                  Plaintiff,

       -against-

CBS COMBINED PENSION PLAN and RETIREMENT
COMMITTEE OF CBS CORPORATION, as Plan
Administrator,

                  Defendants.
------------------------------------------------------------x

No. 07 Civ. 6522 (BSJ)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, by the undersigned attorneys for Plaintiff Frances K. Grace in the above-captioned action, that Plaintiff voluntarily dismisses this action without prejudice and without costs and fees pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: November 16, 2007
New York, NY

SAPIR & FRUMKIN LLP

By _____
    William D. Frumkin
    Daniel N. Driesen (DD 3261)
399 Knollwood Road
White Plains, New York 10603
(914) 328-0366
*Attorneys for Plaintiff*